[No..43384-9-I.    Division One.    January 18, 2000.]

STIG K-A OSTERBERG, ET AL., *Appellants*, v. ROBERT
GOODKIN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-26446-4, Richard D. Eadie, J., entered
September 4, 1998. *Reversed* by unpublished opinion per
Webster, J., concurred in by Agid, A.C.J., and Baker, J.

[No. 43499-3-I.    Division One.    January 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. VICKIE ANN
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-40624-2, Harriett M. Cody, J., entered
September 25, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 43595-7-I.    Division One.    January 18, 2000.]

LEAH M. CUNNINGHAM, *Respondent*, v. SNOHOMISH COUNTY,
*Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-2-08177-5, Thomas J. Wynne, J.,
entered October 21, 1998. *Affirmed* by unpublished opinion
per Appelwick, J., concurred in by Webster and Ellington,
JJ.

[No. 44209-1-I.    Division One.    January 18, 2000.]

INTERNATIONAL MERCANTILE COMPANY, INC., *Respondent*, v.
KIM J. KIRCHOFFNER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-15503-5, Donald D. Haley, J., entered Feb-
ruary 19, 1999. *Affirmed* by unpublished opinion per El-
lington, J., concurred in by Kennedy, C.J., and Baker, J.